SLG

SMITH LAW GROUP LLP
475 LEXINGTON AVE
NEW YORK, NY 10017
ACSMITHLAWGROUP.COM

Hon. Phillip M. Halpern
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007
 (914) 390-4160

June 23, 2020

*Re: Rosenberg v. Educational Credit Management Corporation,* 20-cv-0688-PMH

Dear Judge Halpern,

My name is Austin Smith and I represent the appellee Kevin Rosenberg in the above-captioned bankruptcy appeal.

Pursuant to your Honor's Individual Practice 1(c), I respectfully request permission to file a corrected bankruptcy brief in the above captioned matter: (1) appellee's brief was due on June 20, 2020, which fell on a Saturday, and became June 22, 2020 pursuant to Fed. R. Bankr. Pro 9006; (2) I respectfully ask leave to file a corrected brief to correct deficiencies in Appellee's Brief at ECF No. 22, including a lack of table of contents, table of authorities, and other errors;[1] (3) appellee's counsel has not sought any extensions personally, but appellee and appellant did jointly seek two in connection with a possible filing by the United States government; (4) each of those requests were granted at ECF. Nos. 13,15 and 18,19; (5) I have reached out to Appellant ECMC's counsel; Mr. Baum responded promptly but obviously needed to check with his client. Knowing that I am already passed the deadline, and that it might take a day or more to hear back from MR. Baum's client, I felt I should make this request before anymore time passed.  I do not believe this should affect any other dates.

Thank you for your Honor's consideration.

.

Sincerely,

/s Austin C. Smith

---

[1] To the extent number Practice 1(c)(3) concerns what caused the need, I can only say that I lost my associate last week and am handing this matter *pro bono* for Mr. Rosenberg.  I realize neither of those excuse this error, and I will ensure it does not happen again.