

**Law Offices of Kenneth L. Baum LLC**

| 167 Main Street | 99 Church Street, 4th Floor | Phone: 201-853-3030 |
| Hackensack, NJ 07601 | White Plains, NY 10601 | Fax: 201-584-0297 |
| | | kbaum@kenbaumdebtsolutions.com |
| Kenneth L. Baum, Esq. | | www.kenbaumdebtsolutions.com |

June 23, 2020

**<u>Via ECF</u>**
Hon. Philip M. Halpern, U.S.D.J.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    Educational Credit Management Corporation v. Kevin Jared Rosenberg
              Case No. 7:20-cv-00688-CS

Dear Judge Halpern:

      This firm represents Appellant Educational Credit Management Corporation ("ECMC"). We are writing in response to the request [Dkt. No. 23] of Austin C. Smith, Esq., counsel to Appellee Kevin Jared Rosenberg, to file a "corrected" version of Appellee's brief on appeal [Dkt. No. 22].

      ECMC consents to Appellee filing a "corrected" version of his brief, to the extent such version is limited to including tables of contents and authorities, inserting complete citations to the record, and rectifying any formatting problems in the original brief.  ECMC does *not* consent to Appellee including any substantive revisions or additions in the corrected brief.  In addition, to the extent Appellee is granted additional time to file the corrected brief, ECMC respectfully requests that it be granted a like number of days' extension of the time within which it must file its reply brief, which is currently July 8, 2020.

      Thank you for Your Honor's consideration.

                                      Respectfully,

                                      */s/ Kenneth L. Baum*

                                      Kenneth L. Baum

cc:    Austin C. Smith, Esq. (*via* ECF)