**SLG**

Hon. Phillip M. Halpern
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007
 (914) 390-4160

> Application to file a corrected appellee's brief granted, due 6/30/2020, limited to including tables of contents and authorities, inserting complete citations to the record, and rectifying any formatting problems in the original brief, and not including any substantive revisions or additions in the corrected brief. The deadline for appellant to file its reply brief extended to 7/15/2020.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  New York, New York
>         June 24, 2020

Re: *Rosenberg v. Educational Credit Management Corporation,* 20-cv-0688-PMH

Dear Judge Halpern,

    My name is Austin Smith and I represent the appellee Kevin Rosenberg in the above-captioned bankruptcy appeal.

    Pursuant to your Honor's Individual Practice 1(c), I respectfully request permission to file a corrected bankruptcy brief in the above captioned matter: (1) appellee's brief was due on June 20, 2020, which fell on a Saturday, and became June 22, 2020 pursuant to Fed. R. Bankr. Pro 9006; (2) I respectfully ask leave to file a corrected brief to correct deficiencies in Appellee's Brief at ECF No. 22, including a lack of table of contents, table of authorities, and other errors;[1] (3) appellee's counsel has not sought any extensions personally, but appellee and appellant did jointly seek two in connection with a possible filing by the United States government; (4) each of those requests were granted at ECF. Nos. 13,15 and 18,19; (5) I have reached out to Appellant ECMC's counsel; Mr. Baum responded promptly but obviously needed to check with his client. Knowing that I am already passed the deadline, and that it might take a day or more to hear back from MR. Baum's client, I felt I should make this request before anymore time passed.  I do not believe this should affect any other dates.

    Thank you for your Honor's consideration.

.

                                                    Sincerely,

                                                  /s Austin C. Smith

---

[1] To the extent number Practice 1(c)(3) concerns what caused the need, I can only say that I lost my associate last week and am handing this matter *pro bono* for Mr. Rosenberg.  I realize neither of those excuse this error, and I will ensure it does not happen again.