UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

KEVIN JARED ROSENBERG,  **ORDER**

           Plaintiff-Appellee,  20-CV-00688 (PMH)

v.

EDUCATIONAL CREDIT MANAGEMENT
CORP.,

           Defendant-Appellant.

-----------------------------------------------------------X

On June 30, 2020, *amicus curiae* Veterans Education Success ("VES") sought permission from the Court to file an amicus brief in support of Plaintiff-Appellee. *See* Doc. 28. Defendant-Appellant did not consent to VES filing an amicus brief. *Id.* at 1. Because Defendant-Appellant did not consent to the filing of an amicus brief, VES "may file a brief only by leave of court." Fed. R. Bankr. P. 8017(a)(2).

The Court directs Defendant-Appellant to file via ECF an opposition to VES's request for permission to file an amicus brief by July 24, 2020. The Court will consider VES's request unopposed if Defendant-Appellant fails to file an opposition brief by July 24, 2020.

Dated: New York, New York
       July 15, 2020

                                          SO ORDERED:

                                          _____
                                          Philip M. Halpern
                                          United States District Judge